UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE OLIVER BRAUN,

    Petitioner,

v.

KIM HOLLAND,

    Respondent.

Case No. 12-cv-03633-JST

**ORDER SETTING SCHEDULE FOR AMENDED PETITION**

This is a habeas case which was filed *pro se* by a state prisoner. The Court recently dismissed petitioner's amended complaint, and referred this matter to the Federal Public Defender to find representation for petitioner. ECF No. 13. The Court subsequently appointed John J. Jordan as petitioner's counsel. ECF No. 14.

Petitioner shall file a second amended petition by August 2, 2013. The Court will then review the amended petition to determine whether an order to show cause should be issued; if it is, a schedule for the answer and traverse will be set in that order.

**IT IS SO ORDERED**.

Dated: May 14, 2013

                                            JON S. TIGAR
                                          United States District Judge